PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTITA CASILLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SLEEP NUMBER CORPORATION, a Delaware entity d/b/a WWW.SLEEPNUMBER.COM,<br><br>Defendants. | Case No. 2:23-cv-10540-WLH-MAR<br>Assigned to Honorable Wesley L. Hsu<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]**<br><br>Complaint Filed: November 17, 2023<br>Removed: December 15, 2023 |

NOTICE OF SETTLEMENT

1  **TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

2  **PLEASE TAKE NOTICE** that the parties have reached a settlement of the
3  above-captioned matter and are in the process of executing the actions required by the
4  agreement. It is anticipated that a request for dismissal will be filed within forty-five
5  (45) days of the date of this Notice.

7  Dated: January 22, 2024                    PACIFIC TRIAL ATTORNEYS

                                              By: */s/ Scott J. Ferrell*
                                              Scott J. Ferrell
                                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                         */s/ Scott J. Ferrell Esq.*
                                         Scott J. Ferrell, Esq.